50 A.3d 1253

**CITY OF PHILADELPHIA, Petitioner**

v.

**CITY OF PHILADELPHIA TAX REVIEW BOARD, Respondent.**

Supreme Court of Pennsylvania.

Aug. 15, 2012.

## ORDER

PER CURIAM.

**AND NOW,** this 15th day of August 2012, Expedia's Praecipe to Attach Exhibit I is **DENIED.** The City's Motion to Strike Exhibit I is **GRANTED.** The Petition for Allowance of Appeal is **DENIED.**